Michael R. McDonald, Esq.
Justin T. Quinn, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendant*
*Enterprise Financial Group, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL DOBKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENTERPRISE FINANCIAL GROUP, INC., a Texas corporation, and PRECISE ENTERPRISES LLC d/b/a Precise Auto Protection, a California limited liability company,<br><br>Defendants. | Civil Action No.: 14-01989 (WHW) (CLW)<br><br>*Document electronically filed*<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by Gibbons P.C., attorneys for Defendant Enterprise Financial Group, Inc. ("Defendant" or "Enterprise Financial"), for an extension of the time within which to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b). Said Defendant having come before the Court solely for this extension but not for the purpose of appearing either generally or specially in this jurisdiction, nor having waived any defenses available to it by such appearance; and it is represented that:

1. There have been no prior extensions of time to answer or otherwise respond to Plaintiff's Complaint;

2. Service of the Summons and Complaint was purportedly effectuated upon Defendant Enterprise Financial Group, Inc. on or about April 2, 2014;

3. Absent this extension, Defendant Enterprise Finanacial Group, Inc.'s time to answer or otherwise respond to the Complaint would expire on April 23, 2014; and

4. With this extension, Defendant Enterprise Financial Group, Inc.'s Answer or other response would be due on May 7, 2014.

Dated: April 22, 2014

By: s/ Michael R. McDonald, Esq.
Michael R. McDonald, Esq.
Justin T. Quinn, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone:  (973) 596-4500
Facsimile:  (973) 639-6295
mmcdonald@gibbonslaw.com
jquinn@gibbonslaw.com

*Attorneys for Defendant*
*Enterprise Financial Group, Inc.*

#2074897
112750-87093

The above application shall be and hereby is **GRANTED** and Defendant Enterprise Financial Group, Inc.'s time to answer or otherwise respond to Plaintiff's Complaint is extended for a period of fourteen (14) days up to and including May 7, 2014, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                WILLIAM T. WALSH, Clerk of the
                United States District Court
                District of New Jersey


                By:_____
                                    Deputy Clerk

Dated:  April __, 2014

#2074897
112750-87093