

MICHAEL R. MCDONALD
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4827 Fax: (973) 639-6295
mmcdonald@gibbonslaw.com

June 4, 2014

**VIA ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:  *Dobkin v. Enterprise Financial Group, Inc., et al.*
           Civil Action No.:  14-1989 (WHW) (CLW)

Dear Judge Waldor:

    This firm represents Enterprise Financial Group, Inc. ("Enterprise Financial") in the above–referenced matter. I enclose, for Your Honor's consideration, a proposed form of order extending the time by which Enterprise Financial must answer or otherwise respond to Plaintiff's Complaint to June 20, 2014. Plaintiff's counsel has consented to this request. If the enclosed proposed form of order meets with Your Honor's approval, we kindly ask that it be signed and entered on the Court's docket.

    We thank Your Honor for your consideration of this request. Should the Court require further information, we are available at the Court's convenience.

                                                 Respectfully,

                                               s/ Michael R. McDonald
                                             Michael R. McDonald

cc:    All counsel of record (via ECF & electronic mail)