**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL DOBKIN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>ENTERPRISE FINANCIAL GROUP, INC., a Texas corporation, and PRECISE ENTERPRISES LLC d/b/a Precise Auto Protection, a California limited liability company,<br><br>              Defendants. | Civil Action No.: 14-01989 (WHW) (CLW)<br><br>*Document electronically filed*<br><br>**[PROPOSED] CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(a)** |

       **WHEREAS**, this matter having come before the Court by the application of Defendant Enterprise Financial Group, Inc. ("Enterprise Financial"), by and through its counsel, Gibbons P.C., requesting, pursuant to Local Civil Rule 6.1(a), an extension of time within which Enterprise Financial must answer or otherwise respond to Plaintiff's Complaint, which was filed on March 29, 2014; and Enterprise Financial having obtained a similar extension on May 5, 2014, *see* ECF No. 9, which would require Enterprise Financial to respond to Plaintiff's Complaint by June 6, 2014, absent a further extension; and Plaintiff's counsel having consented to Enterprise Financial's request to extend the time within which Enterprise Financial must answer or otherwise respond to Plaintiff's Complaint for a period of fourteen (14) days; and for good cause having been shown;

       **IT IS**, on this _____ day of June, 2014,

       **ORDERED** that Enterprise Financial's application is hereby granted; and it is further

       **ORDERED** that Enterprise Financial shall answer or otherwise respond to Plaintiff's Complaint by **June 20, 2014**.

2

**SO ORDERED**.

_____
Hon. Cathy L. Waldor, U.S.M.J.