Michael R. McDonald, Esq.
Justin T. Quinn, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Fax: (973) 596-0545

James D. Shields, Esq.
Margaret H. Apgar, Esq.
**SHIELDS LEGAL GROUP**
16301 Quorun Drive
Suite 250B
Addison, Texas 75001

*Attorneys for Defendant*
*Enterprise Financial Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL DOBKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE FINANCIAL GROUP, INC., a Texas corporation, and PRECISE ENTERPRISES LLC d/b/a Precise Auto Protection, a California limited liability company,<br><br>Defendants. | Civil Action No.:  14-CV-01989 (WHW) (CLW)<br><br>*Document electronically filed*<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

#2102578
112750-87093

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

Dated: July 3, 2014

By:   s/ Michael R. McDonald
Michael R. McDonald
Justin T. Quinn, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 639-6295
mmcdonald@gibbonslaw.com
jquinn@gibbonslaw.com

*Attorneys for Defendant*
*Enterprise Financial Group, Inc.*

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:     James D. Shields, Esq.
Address:     Shields Legal Group
    16301 Quorun Drive. Suite 250B
    Addison, TX 75001
E-mail:     jshields@shieldslegal.com