# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL DOBKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE FINANCIAL GROUP, INC., a Texas corporation, and PRECISE ENTERPRISES LLC d/b/a Precise Auto Protection, a California limited liability company,<br><br>Defendants. | Case No. 2:14-cv-01989-WHW-CLW<br><br>Judge William H. Walls<br><br>Magistrate Judge Cathy L. Waldor<br><br>**SIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION OR OTHERWISE RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT'S REPLY** |

Pursuant to Civil Local Rule 6.1(b), Plaintiff Michael Dobkin ("Plaintiff" or "Dobkin") and Defendant Enterprise Financial Group, Inc. ("Defendant" or "EFG") (collectively, the "Parties") hereby jointly move for an application to the Clerk of the United States District Court for the District of New Jersey for entry of an Order granting Plaintiff a seven (7) day extension of the time to file an opposition or otherwise respond to Defendant's Motion to Dismiss. Additionally, the Parties move for an application to the Clerk for entry of an Order granting Defendant a 14-day extension of the time to file a reply. In support of this application, the Parties state as follows:

1.  Service of Defendant's Motion to Dismiss was effectuated upon Plaintiff's Counsel on June 20, 2014 through the Court's CM/ECF electronic filing system.

2.  There have been no prior extensions of time for Plaintiff to file an opposition or otherwise respond to Defendant's Motion to Dismiss.

3.  Absent this extension, Plaintiff Dobkin's time to file an opposition or otherwise respond to Defendant EFG's Motion to Dismiss will expire on July 7, 2014.

4.  If this extension is granted, Plaintiff's Opposition or other response to Defendant's Motion to Dismiss will be due on July 14, 2014.

5.  There have been no prior extensions of time for Defendant to file a reply to Plaintiff's opposition to Defendant's Motion to Dismiss.

6.  Absent this extension, Defendant's time to file a response will expire on July 14, 2014.

7.  If this extension is granted, Defendant's reply to Plaintiff's Opposition will be due on July 28, 2014.

WHEREFORE, the Parties respectfully request that the Clerk of the United States District Court for the District of New Jersey enter an Order extending the deadline for Plaintiff to file an Opposition to Defendant's Motion to Dismiss through and including July 14, 2014. Additionally, the Parties respectfully request that the Clerk enter an Order extending the deadline for Defendant to file a reply through and including July 28, 2014.

IT IS, on this ___ day of July, 2014,

**ORDERED** that Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss is extended through and including July 14, 2014; and it is further

**ORDERED** that Enterprise Financial's deadline to file a Reply in support of its Motion to Dismiss is extended through and including July 28, 2014.

**SO ORDERED.**

_____
Hon. Cathy L. Waldor, U.S.M.J.

Respectfully submitted,

**MICHAEL DOBKIN**, individually and on behalf of all others similarly situated,

Dated: July 7, 2014

By: ___/s/ Stefan L. Coleman___
One of Plaintiff's Attorneys

Stefan L. Coleman (No. 382009)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Avenue, Suite 1
Lakewood, New Jersey 08701
Tel: 877.333.9427
Fax: 888. 498.8946

Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
Mark S. Eisen (Admitted *Pro Hac Vice*)

                                                                        meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Michael Dobkin and the putative Class*

**ENTERPRISE FINANCIAL GROUP, INC.**

Dated: July 7, 2014                   By: ____/s/ Michael R. McDonald____
                                                         One of Defendant's Attorneys

                                                             Michael R. McDonald, Esq.
Justin T. Quinn, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4827
Facsimile: (973) 639-6295

James D. Shields, Esq.
Margaret H. Apgar, Esq.
**SHIELDS LEGAL GROUP**
16301 Quorun Drive
Suite 250B
Addison, Texas 75001
(Admitted *Pro Hac Vice*)

*Attorneys for Defendant Enterprise Financial Group, Inc.*